UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-cr-40085-JPG-7 |
| KOREY B. ALEXANDER, | |
| Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Korey B. Alexander's motion for an order allowing the Clerk of Court to release to him a copy of the sealed Statement of Reasons for his sentence (Doc. 1107). He says he needs the Statement of Reasons (Doc. 343) to prepare a motion under 28 U.S.C. § 2255.

The Court is mindful of the defendant's and the public's right to documents relied on by the Court in making its rulings. However, it is also mindful that the Judicial Conference of the United States recognizes some documents could potentially reveal whether a defendant did or did not cooperate with the Government, and documentary evidence of cooperation can pose a danger to the cooperator. *See* Federal Judicial Center, Survey of Harm to Cooperators: Final Report (Feb. 2016), available at https://www.fjc.gov/content/310414/survey-harm-cooperators-final-report. Therefore, it recommends such documents should be placed under seal where possible.

The document in question is not a document on which the Court relied in selecting Alexander's sentence. On the contrary, it simply reflects the reasons the Court articulated at the sentencing hearing for imposing the sentence it did. In other words, it is simply a summary of what happened, not anything that contributed to the hearing result. Further, it falls into the

category of documents that may reveal whether a defendant cooperated with the Government. Without a good reason to provide a copy of the sealed Statement of Reasons for Alexander's review, the Court will not make it available to him.

Alexander has not articulated a good reason.  He has already filed a § 2255 motion and has not received permission from the Seventh Circuit Court of Appeals to file another.  Further, he has not explained how the contents of the Statement of Reasons are necessary to any argument he intends to present in another § 2255.

Because Alexander has not provided a good reason for access to a sealed document, the Court **DENIES** his motion (Doc. 1107).

**IT IS SO ORDERED.**
**DATED:  June 24, 2025**

>                          s/ J. Phil Gilbert
>                          **J. PHIL GILBERT**
>                          **DISTRICT JUDGE**